# JLJ LAW

**Law Office of Jennifer R. Louis-Jeune**

**Jennifer R. Louis-Jeune**
**Kestine Thiele**

52 Duane Street, Floor 7
New York, New York 10007
T: 212. 203. 9058
F: 914. 219. 0958
JENNIFER@JLJLAW.COM
KESTINE@JLJLAW.COM

December 3, 2021

**Via ECF**
The Honorable Peter Kevin Castel
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl St.
New York, NY 10007

Re:   *United States v. Anthony Hughes*, 21 Cr. 630 (PKC)

Dear Judge Castel:

    I represent Anthony Hughes pursuant to the Criminal Justice Act. The purpose of this letter is to respectfully renew my request for a substitution of counsel proceeding at the Court's earliest convenience.  Mr. Hughes has expressed an intention to write to the Court to request new counsel, although I am aware that there are mail delays from Essex County where he is currently housed. Mr. Hughes and I are unable to have any substantive conversations regarding his case and further delay may prejudice his defense.

    Thank you for your consideration of this request.

Respectfully submitted,

/s/

Jennifer R. Louis-Jeune

---

There will be a conference on December 14, 2021 at 11:30 a.m. in Courtroom 11D.  Peter Brill is provisionally appointed under the CJA to represent Anthony Hughes.
SO ORDERED.
Dated:  12/6/2021

*P. Kevin Castel*
United States District Judge