# BRILL LEGAL GROUP, P.C.

Tel: (888) 315-9841  |  www.brill-legal.com

Peter E. Brill

David Gray

Mitchell Hirsch*

Rita Bonicelli*

Matthew Haicken*

James Moschella*

*Of Counsel

February 22, 2022

**Via ECF**

Hon. P. Kevin Castel
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

> **Re:**   *United States v. Anthony Hughes*
> **21 Cr. 630**

Dear Judge Castel:

I represent Mr. Hughes.

With the consent of the government, I write to request an adjournment of the status conference scheduled for tomorrow, February 23, 2022, for approximately 30 days.

Shortly after I was assigned to this matter, the Essex County Correction Facility where Mr. Hughes is being held was closed to all visits until the middle of last week. I was able to speak to Mr. Hughes by phone and video chat on my cell phone, but I need to meet with him at least once in person. I have that visit scheduled for tomorrow afternoon.

I understand that the Court is available on March 23 at 3:30 pm. If so, Mr. Hughes consents to the exclusion of time from February 23 to March 23, 2022. Thank you for your consideration.

Upon the application of defense counsel, consented to by the government, the conference previously scheduled for February 23, 2022 is adjourned to March 23, 2022 at 3:30 p.m. in Courtroom 11D. I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial. The reasons for this finding are that the grant of the continuance is needed to allow defense attorney to meet with his client. Defense attorney's ability to communicate with his client has been impacted by the pandemic. Accordingly, the time between today and March 23, 2022 is excluded.
SO ORDERED.
Dated: 2/23/2022

Respectfully submitted,

Peter E. Brill

P. Kevin Castel
United States District Judge

306 Fifth Avenue
Penthouse
New York, N.Y. 10001

64 Hilton Avenue
Hempstead, N.Y. 11550

150 Motor Parkway
Suite 401
Hauppauge, N.Y. 11788