# JLJ LAW

**Law Office of Jennifer R. Louis-Jeune**

**Jennifer R. Louis-Jeune**
**Kestine Thiele**

52 Duane Street, Floor 7
New York, New York 10007
T: 212. 203. 9058
F: 914. 219. 0958
JENNIFER@JLJLAW.COM
KESTINE@JLJLAW.COM

May 2, 2022

**To be Filed *ex parte* and Under Seal**
Hon. P. Kevin Castel
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Anthony Hughes*, 21 Cr. 630 (PKC)
               Second Renewed Request for Associate Attorney Compensation

Dear Judge:

      I was appointed to represent Mr. Anthony Hughes in the above-referenced matter, pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A, on March 29, 2021. Before the case was assigned to Your Honor, I filed a request, at docket number 7, attached hereto, on June 28, 2021, requesting the appointment of associate counsel. I renewed my application for associate counsel on November 4, 2021, at docket number 17.

      I am writing to respectfully renew my request that Ms. Thiele be authorized for compensation, at a rate of $110 per hour, *nun pro tunc*, to June 21, 2021, for the approximately 75 hours she worked on this matter prior to our motion to withdraw from the case. Ms. Thiele's assistance in this matter was critical to our representation.

      Thank you for your consideration of this request.

Respectfully submitted,

/s/

Jennifer R. Louis-Jeune

---

Associate Counsel approved for up to 75 hours nunc pro tunc to June 21, 2021.
SO ORDERED.
Dated: 5/13/2022

*/signature/*
P. Kevin Castel
United States District Judge