**BRILL LEGAL GROUP, P.C.**

Tel: (888) 315-9841 | www.brill-legal.com

Peter E. Brill
David Gray
Mitchell Hirsch*
Rita Bonicelli*
Matthew Haicken*
James Moschella*

*Of Counsel

May 25, 2022

**Via ECF**
Hon. P. Kevin Castel
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

                Re:    *United States v. Anthony Hughes*
                        21 Cr. 630

Dear Judge Castel:

      We have reviewed the Court's recent Order regarding yesterday's application. At the end of yesterday's letter, I wrote the following, which the Court did not address:

      Finally, should the Court deny this request, we respectfully request a two-week adjournment of the above-mentioned deadlines and hearing date to allow us to make a final determination about how to proceed.

      If this is acceptable to the Court, it will allow me time to discuss how to proceed with Mr. Hughes without losing the extra acceptance of responsibility point from the government should he choose to plead guilty.

      Thank you again for your consideration.

Government submissions extended to June 10, 2022. Defendant submissions extended to June 24, 2022. Final pretrial conference is adjourned from June 29, 2022 to July 12, 2022 at 2:00 p.m. in Courtroom 11D. I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial. My reasons for this finding are that the grant of the continuance is needed to permit the parties to continue plea negotiations. Accordingly, the time between today and July 12, 2022 is excluded.
SO ORDERED.
Dated: 5/25/2022

Respectfully submitted,

*/s/ Peter E. Brill*

Peter E. Brill

P. Kevin Castel
United States District Judge

306 Fifth Avenue
Penthouse
New York, N.Y. 10001

64 Hilton Avenue
Hempstead, N.Y. 11550

150 Motor Parkway
Suite 401
Hauppauge, N.Y. 11788