# BRILL LEGAL GROUP, P.C.

Tel: (888) 315-9841 | www.brill-legal.com

Peter E. Brill
David Gray
Mitchell Hirsch*
Rita Bonicelli*
Matthew Haicken*
James Moschella*
*Of Counsel

September 23, 2022

**Via ECF**
Hon. P. Kevin Castel
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

> Sentencing is adjourned from October 25, 2022 to December 13, 2022 at 12:00 p.m. in Courtroom 11D. SO ORDERED.
> Dated: 9/26/2022
>
> *P. Kevin Castel*
> P. Kevin Castel
> United States District Judge

Re:   *United States v. Anthony Hughes*
       21 Cr. 630

Dear Judge Castel:

I represent Mr. Hughes. With the consent of the government, I write to request an adjournment of Mr. Hughes' sentencing, scheduled for October 25, 2022.

I had a trial in mid-August that proved to be very complex and time-consuming. Another trial that was scheduled in July was moved to late October, which is now on the same day as Mr. Hughes' sentencing and immediately following a trial I have scheduled for October 11.

The amount of time I have been required to devote to trial preparation in the last three months has made it impossible to devote adequate attention to Mr. Hughes' matter.

In addition, AUSA Heavey is going on a four-month leave starting this Monday. Considering the complexity of this matter, another AUSA will have to get up to speed before sentencing, unless the Court wants to adjourn the matter until Ms. Heavey returns in late January.

As such, and subject to the Court's availability, I am respectfully requesting an adjournment of Mr. Hughes' sentencing to at least late November.

Thank you for your consideration.

Respectfully submitted,

Peter E. Brill

306 Fifth Avenue
Penthouse
New York, N.Y. 10001

64 Hilton Avenue
Hempstead, N.Y. 11550

150 Motor Parkway
Suite 401
Hauppauge, N.Y. 11788