**BRILL LEGAL GROUP, P.C.**

Tel: (888) 315-9841 | www.brill-legal.com

Peter E. Brill
David Gray
Mitchell Hirsch*
Rita Bonicelli*
Matthew Haicken*
James Moschella*
*Of Counsel

December 8, 2022

> Sentencing is adjourned from December 13, 2022 to January 24, 2023 at 11:00 a.m.
> SO ORDERED.
> Dated: 12/8/2022
>
> _P. Kevin Castel_
> P. Kevin Castel
> United States District Judge

<u>Via ECF</u>
Hon. P. Kevin Castel
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   *United States v. Anthony Hughes*
      21 Cr. 630

Dear Judge Castel:

I represent Mr. Hughes. With the consent of the government, I write to request an adjournment of Mr. Hughes' sentencing, scheduled for December 13, 2022.

I have just received the report prepared by the mitigation specialist approved by the Court. Prior to submitting it along with my sentencing submission, I need to go over it with Mr. Hughes at the MDC. I will not be able to get to the MDC and prepare a sentencing submission prior to December 13 while giving the Court sufficient time to review everything. The government may also wish to make an additional submission.

As such, and subject to the Court's availability, I am respectfully requesting an adjournment of Mr. Hughes' sentencing to January 3, 6, or a later date convenient to the Court.

Thank you for your consideration.

Respectfully submitted,

Peter E. Brill

306 Fifth Avenue
Penthouse
New York, N.Y. 10001

64 Hilton Avenue
Hempstead, N.Y. 11550

150 Motor Parkway
Suite 401
Hauppauge, N.Y. 11788